In the Matter of KAHLIL S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; MAMIE W.-K., Respondent.

In the Matter of TERRELL Z., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; MAMIE W.-K., Respondent.

Submitted April 23, 2007; decided May 8, 2007

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for a stay pending disposition of the appeal dismissed as academic.

ASHOK KASHELKAR, Appellant, v STATE OF NEW YORK, Respondent.

Submitted April 30, 2007; decided May 8, 2007

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 .[b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

In the Matter of LOVE'M SHELTERING, INC., Appellant, v COUNTY OF SUFFOLK et al., Respondents.

Submitted April 23, 2007; decided May 8, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.